UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES J. THOMPSON,

                    Plaintiff,

-vs-                                                    Case No.  6:09-cv-794-Orl-31KRS

WYNDHAM VACATION RESORTS, INC.,

                    Defendant.
_____

# ORDER

This cause comes before the Court on Joint Stipulation for Dismissal with Prejudice and Approval of Settlement (Doc. No. 176) filed June 17, 2011.

On July 1, 2011, the United States Magistrate Judge issued a report (Doc. No. 177) recommending that the motion be granted. No objections have been filed.  Therefore, it is **ORDERED** that the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order and the Joint Stipulation for Dismissal with Prejudice and Approval of Settlement is GRANTED.  It is further **ORDERED** that:

1.      Counsel for Plaintiffs shall not withhold any portion of the proceeds payable to Plaintiffs, and shall provide a copy of this Order to each Plaintiff;

2.      This case is DISMISSED, with prejudice; and

3.      The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 18th day of July, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

-2-